UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------------------

EDWARD JOSEPH KINSLOW

                    Plaintiff,

    **-v.-**

                    Civil Action No.
                    5:12-cv-1541 (GLS/ESH)

CAROLYN W. COLVIN,
Acting Commissioner of
Social Security

                    Defendant.
--------------------------------------------------------------------------------

APPEARANCES:                    OF COUNSEL:

**FOR THE PLAINTIFF:**

Stanley Law Offices              JAYA A. SHURTLIFF, ESQ.
215 Burnet Avenue
Syracuse, New York 13203

Law Offices of Kenneth Hiller, PLLC    KENNETH R. HILLER, ESQ.
6000 North Bailey Avenue - Suite 1A
Amherst, New York 14226

**FOR THE DEFENDANT:**

Social Security Administration       ANDREEA L. LECHLEITNER,
Office of Regional General Counsel  ESQ.
Region II                              SIXTINA FERNANDEZ, ESQ.
26 Federal Plaza - Room 3904
New York, New York 10278


GARY L. SHARPE,
CHIEF JUDGE

**ORDER**

The above-captioned matter comes to this court following a Report-Recommendation by Magistrate Judge Earl S. Hines, duly filed January 13, 2014. Following fourteen days from the service thereof, the Clerk has sent the file, including any and all objections filed by the parties herein.

No objections having been filed, and the court having reviewed the Magistrate Judge's Report-Recommendation for clear error, it is hereby

ORDERED that the Report-Recommendation of Magistrate Judge Earl S. Hines filed January 13, 2014 (Dkt. No. 14) is ACCEPTED in its entirety for the reasons stated therein; and it is further

ORDERED that the Commissioner's decision denying disability benefits is REVERSED and the case is REMANDED pursuant to sentence four of 42 U.S.C. §405(g), for further proceedings in accordance with the recommendation; and it is further

ORDERED, that the Clerk of the Court is to mail copies of the Order to the parties in accordance with the court's local rules.

IT IS SO ORDERED.

Dated: February 25, 2014
Albany, New York

Gary L. Sharpe
Chief Judge
U.S. District Court